Ronald D. Kurtz (SBN 195918)
LOCKE LORD BISSELL & LIDDELL LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071-3119
213-687-6794 Direct
213-341-6794 Fax
rkurtz@lockelord.com

ATTORNEY FOR DEFENDANT TELEGRA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ROADWAY ELECTRICAL WORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TELEGRA, INC., a Texas corporation, *et al.* <br><br> Defendant. | Case No. 3:10-cv-01175-JL <br><br> Magistrate Judge James Larson <br><br> **STIPULATED REQUEST FOR ENTRY OF ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** <br><br> [Declaration of Vincent J. Hess filed concurrently herewith] |

     Pursuant to the stipulation of the parties, Defendant Telegra, Inc. files this Stipulated Request for Entry of Order Extending Time to File Responsive Pleading to Plaintiff's Complaint.

     Andrew Shalauta, counsel for Plaintiff Roadway Electrical Works, Inc. ("Roadway"), has agreed to an extension of time until July 26, 2010, for Defendants to file their answers or other responsive pleadings to Roadway's Complaint (Dkt. 1). The stipulated extension was agreed to in a voicemail message from Mr. Shalauta. The Case Management Conference currently scheduled for August 25, 2010, should not be affected by this extension. The email message confirming the stipulated extension is attached as Exhibit A to the Declaration of Vincent J. Hess, which is filed concurrently with this Stipulated Request and which, pursuant to Civil Local Rule 6-2(a), sets forth the information required by Civil Local Rule 6-2(a)(1)-(3).

Accordingly, the parties request entry of an Order as follows:

Defendants shall file their answers or other responsive pleadings to Roadway's Complaint on or before July 26, 2010.

Dated: July 12, 2010     Respectfully submitted,

/s/ Ronald D. Kurtz
Ronald D. Kurtz
Locke Lord Bissell & Liddell LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071-3119
213-687-6794 Direct
213-341-6794 Fax
rkurtz@lockelord.com

Vincent J. Hess, Texas State Bar No. 09540417
(counsel to submit application for admission *pro hac vice*)
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
214-740-8732 Direct
214-756-8732 Fax
vhess@lockelord.com

ATTORNEYS FOR DEFENDANT TELEGRA, INC.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 14, 2010

_____
UNITED STATES MAGISTRATE JUDGE

2
STIPULATED REQUEST FOR ENTRY OF ORDER (1) EXTENDING TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July 2010, this **STIPULATED REQUEST FOR ENTRY OF ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** was electronically filed in the Court's ECF system, and that pursuant to Civil Local Rule 5.4 and General Order No. 45, such filing constitutes service on counsel of record, listed below, through electronic service.

Gregory D. Brown, State Bar No. 065318
Andrew Shalauta, State Bar No. 186821
Brendan Brownfield, State Bar No. 266114
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

/s/ *Ronald D. Kurtz*
Counsel for Defendant Telegra, Inc.

LA 649164v.1