1  Gregory D. Brown, State Bar No. 065318
   Andrew R. Shalauta, State Bar No. 186821
2  Brendan M. Brownfield, State Bar No. 266114
   BURNHAM BROWN
3  A Professional Law Corporation
   P. O. Box 119
4  Oakland, California 94604
   gbrown@burnhambrown.com
5  ashalauta@burnhambrown.com
   bbrownfield@burnhambrown.com
6
   1901 Harrison Street, 11th Floor
7  Oakland, California  94612
   Telephone:    (510) 444-6800
8  Facsimile:    (510) 835-6666

9  Attorneys for Plaintiff
   ROADWAY ELECTRICAL WORKS, INC.
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13  ROADWAY ELECTRICAL WORKS, INC.,        Case No.:  C10-01175 JL

14            Plaintiff,                   **STIPULATED REQUEST FOR ENTRY
                                           OF ORDER (1) EXTENDING TIME TO
15  v.                                     FILE RESPONSIVE PLEADING TO
                                           PLAINTIFF'S COMPLAINT, AND
16  TELEGRA, INC., a Texas Corporation;    (2) CONTINUING CASE
    TELEGRA-EUROPE, a business entity of   MANAGEMENT CONFERENCE;
17  unknown form, and DOES 1 through 20,   [PROPOSED] ORDER**
    Inclusive,
18                                         [Declaration of Andrew R. Shalauta filed
            Defendants.                    concurrently herewith]
19
20                                         Complaint Filed:  March 22, 2010

21

22          Pursuant to the stipulation of the parties, Plaintiff Roadway Electrical Works, Inc. files

23  this Stipulated Request for Entry of Order (1) Extending Time To File Responsive Pleading To

24  Plaintiff's Complaint, and (2) Continuing Case Management Conference.

25          The parties have agreed to an extension of time until December 17, 2010, for Defendants

26  to file their responsive pleadings to Plaintiff's Complaint, and that the Case Management

27  Conference currently scheduled for December 1, 2010, be continued to ~~January 20, 2011~~.  The
                                                                          January 26, 2011

28  countersigned letter confirming these agreements is attached hereto as Exhibit "A" and filed

                                           1

1    with the Court.  Pursuant to Civil Local Rule 6-2(a), the Declaration of Andrew R. Shalauta

2    setting forth the information required by Civil Local Rule 6-2(a)(1)-(3), is submitted with this

3    stipulated request.  The parties are seeking this extension for the purpose of allowing for

4    necessary additional time to finalize settlement terms and documents, and, arrange bonding

5    required as part of the settlement.

6           Accordingly, the parties request entry of an Order as follows:

7           (1) Defendants shall file their responsive pleadings to Plaintiff's complaint on or before

8                December 17, 2010; and

9           (2) The Case Management Conference currently scheduled for December 1, 2010 is

10               continued to ~~January 28, 2011.~~  January 26, 2011.

11

12   DATED: October 20, 2010                    BURNHAM BROWN

13

14

15                                              ANDREW R. SHALAUTA
                                                Attorneys for Plaintiff
16                                              ROADWAY ELECTRICAL WORKS, INC.

17

18                         [PROPOSED] ORDER

19          PURSUANT TO STIPULATION, IT IS SO ORDERED.

20
     Date:   November 5, 2010
21                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
22

23

24

25   1037183

26

27

28
                                                2

EXHIBIT A

10/20/10                                              LTR No.: 015

Telegra Inc
40 Drew Drive
Eastport , NY 11941
Phone: 631-379-7140
Attn: Ron Wolcott

Project: Caldecott Tunnel
Project No.: 9500
Subject: Roadway Electrical Works, Inc. v. Telegra, Inc. et al., In the U.S. District Court for the
Northern District of California, C10-01175 JL

Dear Mr. Wolcott

This letter is to confirm Telegra, Inc.'s ("Telegra") agreement that plaintiff have an extension until
December 17, 2010 to file responsive pleading in the above-referenced lawsuit. The dispute
between the parties involves a complex commercial contract for work on the Caldecott Tunnel
project. Telegra, Inc. and Roadway Electrical Works, Inc. have been working on settlement terms
and have agreed upon purchase orders. The parties are close to a settlement agreement but
need additional time to work out final issues on the terms.   Additional time is also required for the
bonding that must be arranged by Telegra. This extension is for the purpose of allowing for such
additional time so that settlement terms and documents can be finalized. In addition, the parties
agree to request that the Case Management Conference currently scheduled for December 1,
2010, be continued to January 28, 2011.
Please sign in the space below to acknowledge your agreement and return this page to me via
facsimile or email. Once I receive the executed copy, our attorneys will ensure that it is filed with
the Court pursuant to Civil Local Rules.


_Ron Wolcott_      10/20/2010
_____
Ron Wolcott, Telegra Inc.


Sincerely,


Luis Martinez
PM Estimator
Roadway Electrical Works Inc.
707-928-0137


LM/lm